IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLINTUS JEREL ALFORD,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>MICHEAL HILGER, Attorney General;<br><br>　　　　　　Respondent. | 8:24CV386<br><br>**MEMORANDUM AND ORDER** |

　　　　This matter is before the Court on Petitioner's Motion for Leave to Proceed in Forma Pauperis ("IFP"). Filing No. 2. Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). The Court has reviewed the application to proceed IFP pursuant to 28 U.S.C. § 1915(a)(1)-(2). Petitioner's trust account information shows that Petitioner's account contained an average monthly balance of $100 or more for the six-month period immediately preceding the filing of the petition. Filing No. 6. Thus, the Court concludes that Petitioner must be required to pay the $5.00 filing fee because he has the financial ability to do so. *See* 28 U.S.C. § 1915(a). No further review of this case will take place until the fee is paid.

　　　　IT IS THEREFORE ORDERED that:

　　　　1.　　Petitioner's request to proceed IFP, Filing No. 2, is denied.

　　　　2.　　Petitioner must pay the $5.00 filing fee by **November 20, 2024**. Petitioner is warned that if the fee is not paid as required, the Court may dismiss this case without further notice.

2

3.    The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **November 20, 2024**: deadline for Petitioner to pay $5.00 filing fee.

4.    No further review of this case will take place until the filing fee is paid.

Dated this 21st day of October, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court