IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CLINTUS JEREL ALFORD,

           Petitioner,

vs.

ROB JEFFREYS,

           Respondent.

8:24CV386

**MEMORANDUM AND ORDER**

This matter is before the Court on a motion filed by Clintus Jerel Alford ("Petitioner") seeking an additional 45 days to file his response in opposition to Respondent's motion for summary judgment. Filing No. 22. As cause, Petitioner submits that he needs additional time to retain counsel to assist him with his response. *Id.*

Good cause having been shown the Court shall grant Petitioner's motion.

IT IS THEREFORE ORDERED:

1. Petitioner's Motion, Filing No. 22 is GRANTED. Petitioner shall have until **April 14, 2025**, to file a response to the Motion for Summary Judgment.

2. The clerk's office is directed to set the following pro se case management deadline: **April 14, 2025**: check for Petitioner's brief in response to Motion for Summary Judgment.

Dated this 27th day of February, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge