IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLINTUS JEREL ALFORD, | |
| Petitioner, | 8:24CV386 |
| vs. | |
| ROB JEFFREYS, | MEMORANDUM AND ORDER |
| Respondent. | |

This matter is before the Court on a motion to proceed in forma pauperis (the "IFP Motion"), filed by Petitioner Clintus Jerel Alford ("Petitioner"), seeking leave to proceed without payment of fees in this matter. Filing No. 24. However, Petitioner paid the $5.00 filing fee on October 28, 2024 (text entry). As the filing fee has already been paid, the IFP Motion shall be denied as moot.

Dated this 1st day of April, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge